Exhibit 5

| Wyze Labs – Wyze Connected Devices (see Product List at end of chart), Wyze app and Google Assistant |
| --- |
| Infringement of the '867 patent |

| Claim 1 | Evidence |
| --- | --- |
| 1. A method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device, comprising: | The Wyze Connected Device and Wyze app running on a Google Assistant-enabled mobile device perform a method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device.<br><br>For example, Google Assistant running on a mobile device can be used to control a Wyze Connected Device via voice commands given by a user.<br><br>## Google Assistant Setup Guide<br><br> **Isaac**<br>March 08, 2021 18:40<br><br>Google Assistant allows you to control your Wyze devices with voice-activated speakers (Google Home Mini, Google Smart Home Hub), Android phones, iPhones, in cars with Android Auto, Android TV, and other third-party Assistant built-in hardware.<br><br>You can also stream your Wyze Cams through your Google Home Hub, Smart device with a built-in Chromecast, or even a standard screen with a Chromecast dongle.<br><br>[1] |



[2]
Several models and types of Wyze Connected Devices can be controlled by voice commands using a Google Assistant-enabled device (e.g. Android and iOS smartphones).

## What data does Google Assistant have access to?

Using Wyze with Google Assistant will give Google access to your device's name and device settings (such as Bulb on/off or Contact Sensor closed/open). When connecting a Wyze Cam, Google will also have access to the live stream video that is displayed on the screen of the Google Assistant device.

The page used to authorize the Wyze integration is owned by Wyze, meaning that your password and account information is not shared with Google. Event Videos triggered by motion or sound detection are stored on the Amazon AWS cloud and are only viewable through the Wyze app.

[1]

Wyze Cam v1/v2 and Pan Commands

With Google Assistant you can control a few features of the Wyze Cam. Below are some examples of what you can control using Voice Commands with Google Assistant:

Say any of the following to **view** your camera's live stream:
- "OK Google, show me [camera name] on [casting device name]"
- "OK Google, show my [camera name] on [casting device name]"
- "OK Google, show the [camera name] on [casting device name]"
- "OK Google, show [camera name] on [casting device name]"

[1]

Section Link: Link

Wyze Bulb Commands

Once your bulb is connected to your account and Google Assistant has been set up, you can use different voice commands to control your lighting.  Below is a list of examples.

**On/Off Command**

You can use a voice command to turn on or off a specific bulb.

- "Hey Google, Turn on <bulb name>."

- "Hey Google, Turn Off <bulb name>."

[1]

Section Link: Link

Wyze Plug Commands

Once your Plug is connected to your account and Google Assistant has been set up, you can use different voice commands to control your lighting.  Below is a list of examples.

**On/Off Command**

You can use a voice command to turn on or off a specific Plug.

- "Hey Google, Turn on <plug name>."

- "Hey Google, Turn Off <plug name>."

[1]

4

Wyze Sense Commands

Once Wyze Sense is connected to your account and Google Assistant has been set up, you can use different voice commands to control your sensors.  Below is a list of examples.

**On/Off Command**

You can use a voice command to turn on or off a specific Wyze Sense.

- "Hey Google, Turn on <sensor name>."

- "Hey Google, Turn Off <sensor name>."

[1]
In order to use Google Assistant (or Google Home) to control a Wyze Connected Device by voice commands, the device must first be integrated with Google Assistant. That is done by using the Wyze app.

5

## How to connect Google Assistant:

1. Set up your device with your Wyze app

2. Make sure the firmware for your Wyze device is the latest version by going to **Account > Firmware Upgrade**

3. Download and configure Google's Home app.

4. Launch the Home app

5. Tap **Add**

6. Tap **Set up device**

7. Tap **Works with Google**

8. Find the Wyze Home listing and log in with your Wyze account

   ○ Google Assistant will automatically sync and populate a list of the devices from your Wyze account.

[1]

## What data does Google Assistant have access to?

Using Wyze with Google Assistant will give Google access to your device's name and device settings (such as Bulb on/off or Contact Sensor closed/open). When connecting a Wyze Cam, Google will also have access to the live stream video that is displayed on the screen of the Google Assistant device.

The page used to authorize the Wyze integration is owned by Wyze, meaning that your password and account information is not shared with Google. Event Videos triggered by motion or sound detection are stored on the Amazon AWS cloud and are only viewable through the Wyze app.

[1]

6

Google Assistant comes built-in with Android mobile devices such as smartphones and tablets. As well, it can be downloaded to mobile devices, such as those running the iOS operating system.



1. Get the Google Assistant

The Google Assistant is built into some products and can be added to others. For example:

- Google Nest or Home speakers or displays and other Google Assistant-enabled speakers - built in ☑
- Google Nest Hub - built in ☑
- Android phone or tablet - built in ☑
- iPhone or iPad - download the app ☑
- Nest Cam IQ Indoor - built in, must be connected to your Google Assistant
- Nest Guard - built in, must be connected to your Google Assistant

For the latest information about **additional devices** that support the Google Assistant, visit the Google Assistant page.

[3

]
The Wyze app can be downloaded from Google Play.

Wyze - Make Your Home Smarter

Wyze Labs Inc.   Lifestyle

★ ★ ★ ★ ★ 28,335 👤

Everyone

Offers in-app purchases

Add to wishlist

Install

[9]

| | |
|---|---|
| using a first device to (a) obtain visual or auditory information from external to the first device where the information comprises a human-understandable device command directed toward an operation of the second device, (b) manipulate the obtained information, and (c) transmit the manipulated information to a distal computer system; | The Google Assistant-enabled mobile device is a first device that (a) obtains auditory information from external to the first device where the information comprises a human-understandable device command directed toward an operation of the second device, (b) manipulates the obtained information, and (c) transmits the manipulated information to a distal computer system.<br><br>For example, using a Google Assistant-enabled mobile device, a user can give a voice command to control a Wyze Connected Device. Some example voice commands are "Ok Google, turn on my lights" and "Ok Google, dim the lights".<br><br><br><br>[2]<br>For example, the Google Assistant-enabled mobile device receives the voice |

| | command, performs sampling and analog to digital conversion, and transmits the command in digital form using data networking protocols to remote Google Assistant servers. |
|---|---|
| | Figure 1 shows a successful fulfillment and execution of a smart home EXECUTE intent.  **Figure 1.** A successful developer cloud execution path. [6] |
| the distal computer system operating as a remote human-to-device command translation service provider using at least | The Wyze Smart Google Action enables the distal computer system to operate as a remote human-to-device command translation service provider by using at least a portion of the manipulated information to translate the human-understandable device command into a formatted device command executable by the Wyze Connected Device (second device). |

| | |
|---|---|
| a portion of the manipulated information to translate the human-understandable device command into a formatted device command executable by the second device; | For example, the Wyze Smart Google Action needs to be setup for the Wyze Connected Device to respond to voice commands. Google Assistant needs to be linked to the user's Wyze account and the Wyze Connected Device needs to be added to Google Assistant.<br><br>**How to connect Google Assistant:**<br><br>1. Set up your device with your Wyze app<br><br>2. Make sure the firmware for your Wyze device is the latest version by going to **Account > Firmware Upgrade**<br><br>3. Download and configure Google's Home app.<br><br>4. Launch the Home app<br><br>5. Tap **Add**<br><br>6. Tap **Set up device**<br><br>7. Tap **Works with Google**<br><br>8. Find the Wyze Home listing and log in with your Wyze account<br><br>    ○ Google Assistant will automatically sync and populate a list of the devices from your Wyze account.<br><br>[1]<br>For example, the Wyze Google Action in conjunction with Google Assistant voice control services interprets voice commands and translates them into device commands that are executable by the Wyze Connected Device. The Wyze Google Action works with Google Assistant to fulfill user requests spoken in natural language to trigger Wyze Connected Devices to perform operations. |



[2]

[2

11

| | |
|---|---|
| | ## How to build<br><br>To connect your device with Google Assistant, you need to build a smart home Action. Assistant handles how users trigger your Action (in multiple languages) and provides you with useful metadata through Home Graph (such as the state of a specific device based on the user's room); all you need to do is respond to the requests through your fulfillment service.<br><br>[5]<br><br>## Fulfillment<br><br>Fulfillment is code that is deployed as a webhook that lets you generate dynamic responses for every type of smart home intent. During a user conversation with Google Assistant, fulfillment allows you to use the information extracted by Google's natural language processing to generate dynamic responses or trigger actions on your back-end such as turning on a light.<br><br>Your fulfillment receives requests from Assistant, processes the request and responds. This back-and-forth request and response process drives the conversation forward until you eventually fulfill the initial user request. In most cases, a user would have a simple smart home interaction with Google Assistant such as Hey Google, turn on my light. However, if you implement two-factor authentication , your fulfillment might have to process multiple requests and responses as Google Assistant might ask for a confirmation PIN after a specific user request such as *Hey Google, unlock my front door*.<br><br>[6] |
| transmitting the formatted device command to the second device; and | The formatted device command is transmitted to the Wyze Connected Device (second device).<br><br>For example, the formatted device command is transmitted over an Internet connection via data networking protocols (e.g. Internet and Wi-Fi protocols) to the Wyze Connected Device. |

12



Figure 1 shows a successful fulfillment and execution of a smart home EXECUTE intent.

**Figure 1.** A successful developer cloud execution path.

[6]
For example, the Wyze Connected Devices have Wi-Fi connection capability for receiving the formatted device commands.

13

Wyze Cam Pan v2 1080p Pan/Tilt/Zoom Wi-Fi Indoor Smart Home Camera with Color Night Vision, 2-Way Audio, Compatible with Alexa & The Google Assistant, White

Visit the WYZE Store

★★★★☆ ˅    192 ratings | 85 answered questions

#1 New Release  in Camera & Photo Products

[10]

Wyze Cam Pan 1080p Pan/Tilt/Zoom Wi-Fi Indoor Smart Home Camera with Night Vision, 2-Way Audio, Works with Alexa & the Google Assistant, White - WYZECP1

Visit the WYZE Store

★★★★☆ ˅    72,457 ratings | 371 answered questions

[11]

## Wyze Switch

[12]

Connectivity

WiFi: 802.11 b/g/n 1x1, 2.4GHz, Bluetooth 4.2

Range: About 131 ft (40 m) indoors, depending on building materials

[12]

Wyze Bulb White

[13]

## Communication Mode

802.11 b/g/n, 2.4GHz, Bluetooth

## Integrations

Alexa, Google Assistant, IFTTT

[13]

# Wyze Thermostat

[14]

## Communication

Bluetooth

2.4GHz WiFi

[14]

# Wyze Lock

[15]

| | |
|---|---|
| | Use Your Voice |
| | Ask Alexa or Google Assistant to lock your doors before going to bed. |
| | [15] |
| | **Communication Method** |
| | Bluetooth, Zigbee, Wifi |
| | [15] |
| | WYZE PLUG |
| | [16] |
| | Simple setup |
| | Connects directly to 2.4GHz WiFi. No hub required. |
| | [16] |
| the second device executing the formatted device command having received the formatted device command from the distal computer system, while the second device is local to the first device. | The Wyze Connected Device executes the formatted device command having received the formatted device command from the distal computer system, while the second device is local to the first device.<br><br>For example, the Wyze Connected Device, acting as the second device, performs the voice command formatted as a device command e.g. "Dim the lights in the dining room". |



[2]
Google Assistant needs to be linked to the Wyze account. This is done by the aforementioned initial setup process. During that process, and also during subsequent normal operation, the Wyze Connected Device and mobile device would typically be connected to the same Wi-Fi network, which is within an area of about 2200 sq. ft.

## Home size

The bigger your house, the more add-on points you'll need to have whole-home Wi-Fi coverage.

Here's an estimate of how much Wi-Fi coverage you'll get with a Google Nest Wifi or Google Wifi system:

| Google Nest Wifi* | | Google Wifi** | |
|---|---|---|---|
| Nest Wifi router (standalone) | Up to 2,200 sq ft | One Google Wifi point | Up to 1,500 sq ft |
| Nest Wifi router + one point | Up to 3,800 sq ft | Two Google Wifi points | Up to 3,000 sq ft |
| Nest Wifi router + two points | Up to 5,400 sq ft | Three Google Wifi points | Up to 4,500 sq ft |
| Nest Wifi router + three points | Up to 7,000 sq ft | Four Google Wifi points | Up to 6,000 sq ft |

[7]

# Check that your devices are on the same Wi-Fi network

Android    iPhone & iPad

## Step 1. Check the Wi-Fi network of mobile device or tablet

1. Locate and tap **Settings** › **Wi-Fi**. The Wi-Fi network labeled "Connected" is the network you're connected to. This must match the network that the device is connected to.
2. To change the network:
   - Tap a new network › enter password › **Connect**.
   - If you've entered the password for that network before, tap **Connect**.

[8]

18

**Product List:**
Wyze Cameras [17]: Wyze Pan Cam V2, Wyze Cam Pan 1080p, Wyze Cam Outdoor, Wyze Cam 1080p Indoor, Wyze Cam v3
Wyze Plug [16]
Wyze Lock [15]
Wyze Bulb [13]
Wyze Thermostat [14]
Wyze Switch [12]

**References:**

[1] Wyze: Google Assistant Setup Guide
https://support.wyze.com/hc/en-us/articles/360033120892-Google-Assistant-Setup-Guide

[2] Hey Google: Wyze Home
https://assistant.google.com/services/a/uid/00000023ee50bdd8?hl=en-US

[3] Use Google Assistant with Nest products
https://support.google.com/googlenest/answer/9325085?hl=en#zippy=%2Cget-the-google-assistant

[4] Google Assistant – Get things done, hands-free
https://play.google.com/store/apps/details?id=com.google.android.apps.googleassistant&hl=en_CA&gl=US

[5] Overview
https://developers.google.com/assistant/smarthome/overview

[6] Fulfillment and authentication
https://developers.google.com/assistant/smarthome/concepts/fulfillment-authentication

[7] How many Google Nest or Google Wifi points do I need?
 https://support.google.com/googlenest/answer/7182840?hl=en-CA&ref_topic=9831837

[8] Check that your devices are on the same Wi-Fi network

19

https://support.google.com/googlenest/answer/7360025?hl=en-CA&ref_topic=7196419#zippy=%2Cspeakers

[9] Google Play: Wyze App
https://play.google.com/store/apps/details?id=com.hualai&hl=en_CA&gl=US

[10] Amazon: Wyze Cam Pan v2
https://www.amazon.com/Indoor-Camera-Vision-Compatible-Assistant/dp/B09DRCFF81/ref=sr_1_1?keywords=wyze&qid=1638212322&refinements=p_89%3AWYZE%2Cp_n_feature_thirty-five_browse-bin%3A19366696011&rnid=19366692011&s=photo&sr=1-1&th=1

[11] Amazon: Wyze Cam Pan 1080p
https://www.amazon.com/Wyze-1080p-Indoor-Camera-Vision/dp/B07DGR98VQ/ref=sr_1_2?keywords=wyze&qid=1638212322&refinements=p_89%3AWYZE%2Cp_n_feature_thirty-five_browse-bin%3A19366696011&rnid=19366692011&s=photo&sr=1-2

[12] Wyze Switch
https://wyze.com/wyze-light-switch.html#pageDetails

[13] Wyze Bulb
https://wyze.com/wyze-bulb-white.html#pageDetails

[14] Wyze Thermostat
https://wyze.com/wyze-thermostat.html#pageDetails

[15] Wyze Lock
https://wyze.com/wyze-lock.html#pageDetails

[16] Wyze Plug
https://wyze.com/wyze-plug.html#specifications

[17] Amazon: Wyze Cameras with Google Assistant

https://www.amazon.com/wyze/s?k=wyze&i=electronics&rh=n%3A898400%2Cp_89%3AWYZE%2Cp_n_feature_thirty-five_browse-bin%3A19366696011&dc&qid=1638212262&rnid=19366692011&ref=sr_nr_p_n_feature_thirty-five_browse-bin_2